**Lee Andrew CAIN, Petitioner–Appellant,**

v.

**U.S. BUREAU OF PRISONS; et al., Respondents–Appellees.**

No. 08–15416.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Lee Andrew Cain, Atwater, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Phillip A. Talbert, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Respondents–Appellees.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Federal prisoner Lee Andrew Cain appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 petition challenging the denial of prior custody credit. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cain contends that he is entitled to presentence custody credit for time spent in a community corrections center while on pretrial release, because the restrictive conditions at the center amounted to "official detention" within the meaning of 18 U.S.C. § 3585(b). This contention fails under *Reno v. Koray*, 515 U.S. 50, 65, 115 S.Ct. 2021, 132 L.Ed.2d 46 (1995) (holding that a defendant required to reside at a community treatment center while released on bail is not entitled to credit pursuant to § 3585(b)).

We decline to address claims Cain has raised for the first time on appeal. *See Allen v. Ornoski*, 435 F.3d 946, 960 (9th Cir.2006).

Cain's motion to expedite this appeal is denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

